UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LIPING XUE,<br><br>   Petitioner,<br><br>   v.<br><br>JAMES JANECKA, Warden of the<br>Adelanto Detention Center, et al.,<br><br>   Respondents. | Case No. 5:26-cv-00722-WLH (DTB)<br><br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE<br>JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Declaring that Immigration and Customs Enforcement's ("ICE") revocation of Petitioner's Order of Supervision ("OSUP") and subsequent redetention violated the Due Process

1

Clause of the Fifth Amendment and federal law; (b) ordering Petitioner's immediate release from custody and reinstating her previous conditions of supervision; and (b) enjoining Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, from:  (i) Redetaining Petitioner without notice and an individualized predetention hearing before a neutral arbiter at which it is determined that detention is lawful and warranted under the applicable statutes and regulations either because Petitioner has violated a term of her OSUP or because her removal from the United States is significantly likely in the reasonably foreseeable future, including that Respondents have procured travel documents for Petitioner and that such documents are in the possession of ICE; and (ii) removing Petitioner to any country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a fear-based objection.

Dated: April 29, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2